## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL LEOPOLD,

             Petitioner

        v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

             Respondent

: No. 246 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.